Peter C. Ver Halen    (SBN 041609)
PETER C. VER HALEN LAW CORP.
11766 Wilshire Blvd., Suite 460
Los Angeles, CA 90025
Telephone:    (310) 312-1072
Facsimile     (310) 312-1034
pverhalen@verlaw.com

Reza Sina (SBN 250428)
SINA LAW GROUP
801 S. Figueroa Street, 12th Floor
Los Angeles, CA 90017
Telephone:    (213) 417-3661
Facsimile:    (213) 341-5578
reza@sinalawgroup.com

Attorney for Defendants
    Tip Petcha, Noppadon Wongchaiwat
    Ron Petcha and BKT Group

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BANGKOK BROADCASTING & T.V. CO., LTD., a Thailand Corporation,<br><br>            Plaintiff,<br><br>IPTV CORPORATION, a California corporation; THAITV.TV, an unknown business entity; BKT GROUP, a California corporation; MR. RON PETCHA, an individual; MS. TIP PETCHA, an individual; MR. NOPPADON WONGCHAIWAT, an individual; and DOES 1-10,<br><br>            Defendants. | CASE NO. CV09-03803 SJO (SSx)<br><br>NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER FED. R. CIV. P. §12(b)(6)<br><br><br><br>Date:       July 20, 2009<br>Time:       10:00 a.m.<br>Courtroom:  Roybal, 880 |

TO PLAINTIFFS AND TO ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT on July 20, 2009 at 10:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 880 of the above-entitled Court located at 255 E. Temple Street, Los Angeles, CA 90012, the defendants MS. TIP PETCHA, an individual,  MR.

NOPPADON WONGCHAIWAT, an individual; MR. RON PETCHA, an individual, and BKT GROUP, a California corporation, will each, for themselves alone, move the court for an order dismissing plaintiff's complaint and each claim for relief therein alleged pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Said defendants seek the determination of this court that :

1. The First Claim for relief alleged in plaintiff's complaint fails to state facts sufficient to state a claim for copyright infringement pursuant to 17 U.S.C. §501 against these moving parties or any of them.

2. The Second claim for relief alleged in plaintiff's complaint fails to state sufficient facts in sufficient detail against these moving parties, or any of them for inducement and/or contributory infringement.

3. The Third claim for relief alleged in plaintiff's complaint fails to state facts sufficient to state a claim against these moving parties, or any of them, for trademark infringement.

4. The Fourth claim for relief alleged in plaintiff's complaint fails to state facts sufficient to state a claim against tahese moving parties, or any of them, for trademark dilution.

5. The Fifth claim for relief alleged in plaintiff's complaint fails to state facts sufficient to state a claim for relief against these moving parties, or any of them, for unfair competition and/or false designation of origin.

6. The sixth claim for relief alleged in plaintiff's complaint fails to state facts sufficient to state a claim for relief against these moving parties, or any of them, for common law trademark infringement.

7. The seventh claim for relief alleged in plaintiff's complaint fails to state facts with sufficient specificity to state a claim for relief against these moving parties, or any of them, for common law and/or violation of California Business & Professions Code §17200.

8. The Eighth claim for relief alleged in plaintiff's complaint fails to state facts with sufficient specificity to state a claim for relief against these moving parties, or any of them, for

1 breach of contract.

2     9.    The Ninth claim for relief alleged in plaintiff's complaint fails to state facts with sufficient specificity to state a claim for relief against these moving parties, or any of them, for the imposition of a constructive trust.

    This motion is made and based on this notice, the complaint on file herein and exhibits attached or made reference to therein, the accompanying memorandum of points and authorities, the other pleadings and records on file in this action, other matters of which the Court may take judicial notiace, and such other and further matters as may be presented at the hearing of the motion.

    Dated:    June 18, 2009.

    PETER C. VER HALEN LAW CORP.
    SINA LAW GROUP

    By  /s/ Peter C. Ver Halen
    Peter C. Ver Halen
    Attorney for Defendants