Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JUL -8 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANGKOK BROADCASTING & T.V. CO., LTD., a Thailand corporation,<br><br>Plaintiff,<br><br>v.<br><br>IPTV CORPORATION, ET AL.,<br><br>Defendants. | **Case No. CV 09-03803 WDK (SSx)**<br>*The Hon. William D. Keller*<br>*The Hon. Magistrate Suzanne H. Segal*<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION**<br><br>Jury Trial: May 18, 2010 |

The Court, having heard motions, responses, argument of counsel, and the verdict of the jury, now enters final judgment. It is therefore,

ORDERED, ADJUDGED AND DECREED that:

1. Defendants IPTV Corporation, BKT Group, and Ron Petcha willfully infringed BBTV's copyrighted works pursuant to 17 U.S.C. § 501 *et seq.*;
2. Defendants Tip Petcha and Noppadon Wongchaiwat contributorily infringed BBTV's copyrighted works pursuant to 17 U.S.C. § 501 *et seq.*;
3. Defendants Tip Petcha and Noppadon Wongchaiwat vicariously infringed BBTV's copyrighted works pursuant to 17 U.S.C. § 501 *et seq.*;
4. Plaintiff is awarded statutory damages of $29,000.00 per infringement for each of the 242 infringed, registered copyrighted works pursuant to 17 U.S.C. § 504(c), for a total amount of $7,018,000.00. For copyright infringement, Plaintiff has elected statutory damages instead of Defendants' copyright profits;
5. Defendants IPTV Corporation and BKT Group directly infringed BBTV's registered trademarks pursuant to 15 U.S.C. § 1051 *et seq.*;
6. Defendants Ron Petcha, Tip Petcha, and Noppadon Wongchaiwat induced IPTV Corporation's and BKT Group's infringement of BBTV's registered trademarks pursuant to 15 U.S.C. § 1051 *et seq.*;
7. Defendants Ron Petcha, Tip Petcha, and Noppadon Wongchaiwat vicariously infringed BBTV's registered trademarks pursuant to 15 U.S.C. § 1051 *et seq.*;
8. Plaintiff is awarded Defendants' profits of $1,300,000.00 for trademark infringement of both of BBTV's registered trademarks pursuant to 15 U.S.C. § 1117;
9. Plaintiff is awarded postjudgment interest on the award for trademark infringement and copyright infringement from the date of judgment pursuant to 28 U.S.C. § 1961;
10. Plaintiff is awarded its costs as taxed by the Clerk of the Court and shall file its Notice of Application to the Clerk to Tax Costs within fifteen (15) days from

the date of this judgment pursuant to Local Rule 54-3;

11. Plaintiff shall file its motion for attorneys' fees within fourteen (14) days from the date of this judgment pursuant to Local Rule 54-12. Defendants have two weeks to file an Opposition; and

12. Defendants IPTV Corporation, BKT Group, Ron Petcha, Noppadon Wongchaiwat, and Tip Petcha are each jointly and severally liable for this judgment, including all of the above awards in the total amount of $8,318,000.00 and such interest, costs, expenses, and fees as are awarded after entry of this judgment.

It is further ORDERED, ADJUDGED AND DECREED that Defendants IPTV Corporation, BKT Group, Ron Petcha, Noppadon Wongchaiwat, and Tip Petcha, along with their partners, officers, directors, employees, agents and all other persons in active concert or participation with them who receive actual notice of this permanent injunction are permanently enjoined from the following acts:

1. Creating, reproducing, copying, distributing, offering for sale, selling, broadcasting (in any manner including but not limited to via satellite TV, internet, cable TV, terrestrial TV) and/or publicly displaying any materials of any kind and in any medium that infringe any of BBTV's copyrights, or constitute derivative works based on BBTV's copyrights;

2. Representing to any person or entity that any of the Defendants have the right, including but not limited to a license from BBTV, to reproduce, distribute, market, sell, transfer or publicly display any of BBTV's copyrights, or create any derivative works based on BBTV's copyrights, unless such right is acquired lawfully from BBTV;

3. Using in any manner the "7 and Design Mark", including but not limited to U.S. Registration Nos. 3,176,451 and 3,429,237, or any of them, alone or in combination with any word or words, that shall resemble each said trademark as to be likely to cause confusion, deception or mistake in the consuming public;

2

4. Selling or passing off or inducing or knowingly assisting others to sell or pass off, as and for any of BBTV's goods, or as and for goods manufactured by BBTV, any product not BBTV's, or not manufactured, imported and/or distributed under the control or supervision of BBTV, and approved for sale under BBTV's 7 and Design Mark, or any of them, by BBTV;

5. Committing any acts calculated to cause consumers to believe that the Defendants' infringing BBTV products are imported, advertised, distributed, offered for sale and/or sold under the control and supervision of BBTV and/or its authorized distributors when they are not;

6. Importing, shipping, delivering, distributing, returning or otherwise disposing of, in any manner, goods or inventory not authorized by BBTV to be sold or offered for sale, and which bear the 7 and Design Mark, or any of them;

7. Conspiring with any other person or entity to commit any of the above prohibited acts; or

8. Attempting, causing or assisting any of the above-described acts.

It is further ORDERED, ADJUDGED AND DECREED that, within 5 days of this permanent injunction, Defendants deliver to the possession of Plaintiff's counsel any and all infringing articles, including but not limited to DVDs, VCDs, CDs, data files, master copies, or other video copies.

It is further ORDERED, ADJUDGED AND DECREED that Plaintiff shall have all writs of execution and other process necessary to enforce this final judgment and permanent injunction. The Court shall retain jurisdiction over this matter and the parties for the purpose of enforcing this final judgment and permanent injunction.

ENTERED AND ORDERED THIS 8 day of JuLY 2010.

_____
WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE

3