## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 09-03803-SJO-(SSx) | Date | October 29, 2013 |
| Title | Bangkok Broadcasting & T.V. Co., LTD. v. IPTV Corporation et al | | |

| | |
|---|---|
| Present: The Honorable | JAMES OTERO, Judge presiding |

| Victor Cruz | Not Present | |
|---|---|---|
| Deputy Clerk | Court Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**        IN CHAMBERS:

The Court sets an Order to Show Cause hearing re attorney Jason Keith Petrek's failure to comply with Local Rule 83-2.4 "Notification of Change of Name, Address, Firm Association, Telephone Number, Facsimile Number or E-Mail Address," on Monday, January 6, 2014 @ 8:30 a.m.  If counsel updates his attorney contact information prior to the hearing date the Order to Show Cause will be vacated and taken off this Court's calendar

|  | : |
|---|---|
| Initials of Preparer | vpc |